# Adam J. Fishbein
## Attorney At Law
735 Central Avenue
Woodmere, New York 11598
Telephone: 516 668 6945
Email: fishbeinadamj@gmail.com

June 11, 2024

Conference adjourned to 07/11/24 at 12:15 p.m. The conference will be telephonic. The parties are to call 877-336-1839 and enter access code 1047966#.

Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

06/11/24   SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re:   Lunger v. Brasky, et. al., Docket No.: 7:23-cv-05912-CS

Dear Judge Seibel:

Please be advised that I represent the Plaintiffs Chaim Lunger and Rachel Lunger (collectively, "Plaintiffs") in the above captioned matter. The Court has scheduled a status conference for June 18, 2024. I am leaving for a family wedding in Pittsburgh that morning. In addition, the cumulative effect of my immunotherapy treatments is that I have become lethargic. While I can certainly appear in person on a different date, it would be easier to appear via telephone. The defendant has consented to both requests and has proposed the following dates: July 11, 16 and 18.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

       /s/ Adam J. Fishbein
Adam J. Fishbein, P.C.  (AF-9508)